### 12295. Gibbs v. Swords.

Stephens, J. 1. Where the defendant denies any indebtedness whatsoever to the plaintiff, but in his plea makes a tender of part of the amount sued for, in full satisfaction of the plaintiff's claim, which tender is full

12

and complete and measures up to all the requirements of a tender properly made, the tender is an admission of liability to the plaintiff by the defendant of the amount tendered; and a verdict finding for the defendant generally, and a judgment for the defendant accordingly, are unsupported by the evidence and contrary to law. See 29 R. C. L. 650; 28 Am. & Eng. Ency. Law, 15.

2. No other error of law appears.

3. The trial judge erred in overruling the plaintiff's motion for a new trial.

    *Judgment reversed. Jenkins, P. J., and Hill, J., concur.*
                DECIDED FEBRUARY 10, 1922.

Action on contract; from Ben Hill superior court — Judge Gower. February. 11, 1921.

*Eldridge Cutts,* for plaintiff.

*F. M. Powers,* for defendant.